UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEALED

Holding a Criminal Term

Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| FREDERICK DOUGLAS HOOKS, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| Defendant. | : | (Unlawful Distribution of Cocaine) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| Case: 1:14-cr-00204 | : | Crime Punishable by Imprisonment for a |
| Assigned To : Leon, Richard J. | : | Term Exceeding One Year) |
| Assign. Date : 10/7/2014 | : | 18 U.S.C. § 924(c)(1) |
| Description: INDICTMENT (B) | : | (Using, Carrying and Possessing a |
| Case Related to: 14-cr-203 (RJL) | : | Firearm During a Drug Trafficking |
| | : | Offense) |
| | : | 18 U.S.C. § 922(a)(1)(A) |
| | : | (Engaging in the Business of Dealing in |
| | : | Firearms without a License) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. § 853; 18 U.S.C. § 924(d); |
| | : | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about August 5, 2014, within the District of Columbia, **FREDERICK DOUGLAS HOOKS** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT TWO

On or about August 14, 2014, within the District of Columbia, **FREDERICK DOUGLAS HOOKS** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance.

> **(Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about August 14, 2014, within the District of Columbia, **FREDERICK DOUGLAS HOOKS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in U.S. District Court for the Eastern District of Virginia, Criminal Case No. 1:02CR00547-JCC, did unlawfully and knowingly receive and possess a firearm and ammunition, that is a Smith & Wesson Model 38 .38-caliber revolver and five rounds of .38-caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FOUR

On or about August 14, 2014, within the District of Columbia, **FREDERICK DOUGLAS HOOKS** did unlawfully and knowingly possess in furtherance of a drug trafficking offense for which he may be prosecuted in a court of the United States, that is Count Two of this

Indictment, incorporated herein, a firearm, that is a Smith & Wesson Model 38 .38-caliber revolver.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT FIVE

On or about August 14, 2014, within the District of Columbia, **FREDERICK DOUGLAS HOOKS**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing a firearm, that is a Smith & Wesson Model 38 .38-caliber revolver.

**(Engaging in the Business of Dealing in Firearms without a License**, in violation of Title 18, United States Code, Sections 922(a)(1)(A))

## COUNT SIX

On or about September 10, 2014, within the District of Columbia, **FREDERICK DOUGLAS HOOKS** did unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SEVEN

On or about September 10, 2014, within the District of Columbia, **FREDERICK DOUGLAS HOOKS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in U.S. District Court for the Eastern District of Virginia, Criminal Case No. 1:02CR00547-JCC, did unlawfully and knowingly receive and possess a firearm, that is a

Diamondback Firearms Model DB9 .9-millimeter semiautomatic pistol and seven rounds of .9-millimeter ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT EIGHT

On or about September 10, 2014, within the District of Columbia, **FREDERICK DOUGLAS HOOKS** did unlawfully and knowingly possess in furtherance of a drug trafficking offense for which he may be prosecuted in a court of the United States, that is Count Six of this Indictment, incorporated herein, a firearm, that is a Diamondback Firearms Model DB9 .9-millimeter semiautomatic pistol.

> **(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1))

## COUNT NINE

On or about September 10, 2014, within the District of Columbia, **FREDERICK DOUGLAS HOOKS**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing a firearm, that is a Diamondback Firearms Model DB9 .9-millimeter semiautomatic pistol.

> **(Engaging in the Business of Dealing in Firearms without a License**, in violation of Title 18, United States Code, Sections 922(a)(1)(A))

## FORFEITURE ALLEGATION

1.     Upon conviction of the offenses alleged in Counts One, Two, and/or Six, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses. The United States will also seek a money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses.

2.     Upon conviction of the offenses alleged in Counts Three, Four, Five, Seven, Eight, and/or Nine of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Smith & Wesson Model 38 .38-caliber revolver and five rounds of .38-caliber ammunition, and a Diamondback Firearms Model DB9 .9-millimeter semiautomatic pistol and seven rounds of .9-millimeter ammunition.

3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON

*Ronald C. Machen Jr. /s/*
Attorney of the United States in
and for the District of Columbia